JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONYETTE O.,[1]<br><br>　　　　Plaintiff,<br>　v.<br><br>FRANK BISIGNANO,[2]<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 2:24-cv-00333-AJR<br><br>**JUDGMENT** |

　　IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: May 21, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. A. JOEL RICHLIN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Commissioner Frank Bisignano has been substituted in as the Defendant in this action.